**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000418
08-AUG-2024
08:14 AM
Dkt. 84 ODMR**

NO. CAAP-20-0000418

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE DONALD T.L. HO
IRREVOCABLE TRUST DATED MAY 30, 2001

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1TR191000112)

ORDER
(By: Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Self-represented beneficiary, Dorianne Ho's Motion for Reconsideration filed on July 29, 2024, the papers in support, and the record, it appears that the court did not overlook or misapprehend any point of law or fact when it entered the July 29, 2024 Summary Disposition Order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, August 8, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge